# EXHIBIT A

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only DOCKET NO. BSC1162 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

**PART 1**
☒ BOSTON MUNICIPAL COURT   ☐ DISTRICT COURT _____ Division   ☐ HOUSING COURT _____ Division

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Paul Jones
60 State Street Suite 600
Boston, MA 02109
PHONE NO: 800-280-1488

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____   BBO NO: _____

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
FMA Alliance, Ltd.
12339 Cutten Road
Houston, TX 77066
PHONE NO: 866-207-6903

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO: _____

**PART 4**
PLAINTIFF'S CLAIM. The defendant owes $2000.00 plus $50.00 court costs for the following reasons; Give the date of the event that is the basis of your claim.

Defendant violated the MgL 93a & the Telephone Consumer Practices Act (TCPA) on March 09, 2011 by calling Plaintiffs wireless Telephone Number 781-344-4351 from 877-839-9070 and Plaintiff was charged for the call. violation of TCPA is an automatic violation of the MgL 93A. Defendant had no prior express permission or a business relationship with Plaintiff. Defendant called Plaintiff to collect a non existant Debt.

SIGNATURE OF PLAINTIFF X Paul Jones   DATE May 1, 2013

**PART 5**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military
X Paul Jones   May 1/13
SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT: Boston Municipal Court, 24 New Chardon St, Boston MA 02114
DATE AND TIME OF TRIAL: 6-4-13 AT 2PM
FIRST JUSTICE _____   CLERK-MAGISTRATE OR DESIGNEE _____   DATE _____   ROOM NO. M

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED — COURT USE ONLY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
DC-SC-1 (10/09)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.

# The Commonwealth of Massachusetts

06-MAY '13 PM02:52

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT - CENTRAL DIVISION
EDWARD W. BROOKE COURT HOUSE, ROOM 6-540
24 NEW CHARDON STREET
BOSTON, MASSACHUSETTS 02114

Small Claims No. **2013 01 SC 001162**

FMA ALLIANCE, LTD
12339 CUTTEN ROAD
HOUSTON, TX 77066

Re:  **PAUL JONES** vs. **FMA ALLIANCE, LTD**

## NOTICE OF SCHEDULED APPEARANCE

You are hereby notified that the above captioned action will be in order:

| | |
|---|---|
| for: | **TRIAL: SMALL CLAIMS MAGISTRATE HEARING** |
| on: | **June 04, 2013** |
| at: | **2:00 pm** |
| in: | **MAGISTRATE'S COURTROOM, FIRST FLOOR.** |

Please refer to plaintiff's "Statement of Small Claim", a copy of which is attached.

Dated at Boston, Massachusetts, this: **May 2, 2013**.

*Daniel J Hogan*
CLERK / MAGISTRATE

NOTICE OF SCHEDULED APPEARANCE  swf                                                    MT