**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PAUL JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>FMA ALLIANCE LTD,<br><br>            Defendant. | CIVIL ACTION NO.:  13-cv-11286-JLT |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR, D. Mass. 7.3, Defendant, FMA Alliance, Ltd. ("FMA Alliance"), hereby submits its corporate disclosure statement, and states as follows:

FMA Alliance is not a publicly held entity.  FMA Alliance, Ltd. is a limited partnership owned by two non-public entities: FMA Management, Inc., (2%), and Finance Management Association, Inc. (98%).  No publicly held corporation owns 10% or more of its stock.

                                        Respectfully submitted,
                                        FMA Alliance, LTD.
                                        By Its Attorneys,

                                        */s/ Andrew M. Schneiderman*
                                        Ranen S. Schechner, BBO #655641
                                        rschechner@hinshawlaw.com
                                        Andrew M. Schneiderman, BBO #666252
                                        aschneiderman@hinshawlaw.com
                                        Hinshaw & Culbertson LLP
                                        28 State Street, 24th Floor
                                        Boston, MA 02109
Date:    June 5, 2013                   617-213-7000

**CERTIFICATE OF SERVICE**

I, Andrew M. Schneiderman, hereby certify that on this 5th day of June 2013, I served a true and accurate copy of the foregoing document to counsel of record via E-Mail and First Class mail as follows:

2

Paul Jones (pj22765@gmail.com)
60 State Street, Suite 400
Boston, MA, 02109

/s/ *Andrew M. Schneiderman*_____
Andrew M. Schneiderman

34352546v1 2005