# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff,

Case No:1:13-CV-11286-JLT

Defendants

FMA Alliance LTD

## REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff (Paul Jones) and freely and voluntarily request the court to dismiss this action against FMA Alliance LTD (FMA). Plaintiff and Defendant (FMA) have settled their differences in this matter and Plaintiff seeks to dismiss defendant FMA from the Lawsuit on this 8th day of September 2013 with prejudice.

## CERTIFICATE OF SERVICES

I hereby certify that a true and correct copy of the foregoing was mailed to all parties in this matter on this 8th day of October 2013.

Respectfully Submitted By

Paul Jones

**Andrew M. Schneiderman**

Hinshaw & Culbertson LLP

28 State Street

24th Floor

Boston, MA 02109

617-213-7000

Fax: 617-213-7001

Email: aschneiderman@hinshawlaw.com

Paul Jones

572 Park Street  */s/ Paul Jones*

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417