UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL JONES,

    Plaintiff,

v.

FMA ALLIANCE LTD,

    Defendant.

Civil Action No. 13-11286-JLT

ORDER

October 17, 2013

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that:

1. Defendant's Motion to Dismiss Complaint [#6] is ALLOWED.
2. Plaintiff's Motion to Consolidate & Motion for Leave to File Amended Complaint [#13] is DENIED.
3. This case is CLOSED.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                            United States District Judge