UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>FMA ALLIANCE LTD,<br><br>    Defendant. | Civil Action No. 13-11286-JLT |

ORDER

October 17, 2013

TAURO, J.

For the reasons set forth in the accompanying memorandum, this court hereby orders that:

1. Defendant's Motion to Dismiss Complaint [#6] is ALLOWED.

2. Plaintiff's Motion to Consolidate & Motion for Leave to File Amended Complaint [#13] is DENIED.

3. This case is CLOSED.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        United States District Judge